_James Sheffield_ #185251
Name and Prisoner/Booking Number

_Lapalma Correctional Facility_
Place of Confinement

_5501 N Lapalma Road_
Mailing Address

_Eloy, AZ 85131_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

# Sep 03 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_JAMES SHEFFIELD_,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) _CORE CIVIC; ADCRR; E.I. LILLIAN WHINERY IN BOTH INDIVIDUAL AND OFFICIAL CAPACITIES_
(Full Name of Defendant)

(2) _TRAMANE MITCHELL in individual Capacity only_,

(3) _CORE CIVIC CORRECTIONS (private entity)_,

(4) _ARIZONA DEPT OF CORRECTIONS (Contractor)_,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _CV-24-2281-PHX-DWL (ESW)_
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

_TRIAL By Judge Demanded_

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _Eloy Az Core Civic Corrections LAPALMA Unit_

**550/555**

**B. DEFENDANTS**

1. Name of first Defendant: _Lillian Whinery_. The first Defendant is employed as: _Core Civic/Adcor Corrections Officer_ at _Core Civic / Lapalma_
(Position and Title)                                          (Institution)

2. Name of second Defendant: _Travis Mitchell_. The second Defendant is employed as:
as: _Prisoner / Core Civic Corrections_ at _Core Civic / Lapalma_
(Position and Title)                                          (Institution)

3. Name of third Defendant: _Core Civic Corrections_. The third Defendant is employed
as: _Whinerys Company Contractor_ at _Core Civic / Lapalma_
(Position and Title)                                          (Institution)

4. Name of fourth Defendant: _Az Dept of Corrections_. The fourth Defendant is employed
as: _Whinerys Company Contractor_ at _Core Civic / Lapalma_
(Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?  ☑Yes   ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Mitchell et al_ v. _United States_
      2. Court and case number: _Dont Remember_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissal_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: *8th Amend Threat To Safety w/ Deliberate Indifference*

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☒ Threat to safety   *Failure To Protect*   ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

*CLAIM = THREAT TO SAFETY/FAILURE TO PROTECT → Committed By Defendants, Whinery, Mitchell, Core Civic, AdCRR → private Capacity liability Against CoreCivic & Adc & C.O. Whinery for Unconstitutional Usage of Condoned Custom of Deliberate Indifference to prisoner Rights & Safety Resulting in Injury Being Cause/Fault & moving force Behind plaintiffs injurys Rendering Whinery, CoreCivic, Adc Liable Officially and/or privately for plaintiffs injurys. Time of incident Appx 8AM-12pm place of incident: Lapalma Unit Pima Bravo Cell 205 (On Camera)*

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s) *(1A) Mental Anguish (1B) Ocular Migraines*
*(1) Bruised Right Ocular Orbital Eye (2) Contusions; Forehead/scarring (3) Contusions; Left Eye Brow (4) Black eye left eye (5) Head Ache (24-32 Hours) (6) Embarrassment (mental pain & suffering) (7) Fear of Him & others & Whinery & C.O.S setting me up 4 failure (8) physical pain and suffering*

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☒ No
    b.  Did you submit a request for administrative relief on Count I?     ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?     ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *Pursuant to 1915 plra exemptions Im in imminent danger of Staff Retaliation I must file suit w/o Grievance See injunctive Relief at Request 4 Relief at pg (-) and See also*

3

*page 3A*

3. Supporting facts:

on and or approximately on the date of ___/___/2024
8am and 12pm at Lapalma Corrections facility
acting under Color of State law as a Az detective and
or Adcrr Co. and or CoreCivic Social Worker. Defendant
lillian Whinery Violated my 8th amendment Right to
Be Protected with Deliberate Indifference knowingly
or should had reason to know her act/omissions
to activate an I.C.S. immediately would foreseeably
result in my harm. By Intentionally Allowing
Defendant Mitchell her accomplice Assault
me after I called her for Help... The Assaults
merely a Misdemenor, However Ms. Whinerys acts
and His Violated my right to Be Safe.

on This Date I called Him a Bitch and He punched
me in the face and nearly knocked me unconscious
He then kneed me 4 times and upper cutted me.
Then locked me in my cell for 5-10 minutes.

Whinery Came I notified her I need to leave
Mitchell Jumped in front of her and she walked
off Smirking, I tried to leave Mitchell punched
me in the face and pushed me back in my
Cell as Whinery pretended to not notice.

5-15 minutes passed I saw Whinery
walking the floor I Banged on My cell Door for Help

PAGE 3b of 3P

Whinery Casually opened my Door and escorted me to Lapalma R-e-D then activated an I.C.S. pretending Shedidn't Have nothing to Do with it.

According to Mitchell I'm Not the only one Staff has Helped Him Assault Here and Before He Wrote the Court Staff Here's trying to Kill Him Whinery told Him She Knows what she's doing and Knows Inciting Events Can Get Him e Inmates Killed Here.

Mitchell e Whinery are Accomplices and are Guilty for directly and approximately Causing my following injuries.

1) Bruised or ~~Fractured~~ Right Eye Orbital
2) Contusions on My Fore Head / leaving Permanent Scar
3) Contusions on My left Eye Brow
4) Black Eye on Left Eye
5) Head Ache Lasting 24-32 Hours
6) Embarrassment (Mental Pain e Suffering / Mental Anguish)
7) Fear of Others Helping THe Pig and Him (Mental Suffering e Mental Anguish)
8) pHysical pain e Suffeering

On Whinerys Part She was on duty at Core Civic Lapalma Unit. Using Core Civics Customary pratice of

Breaking the law and Being Deliberately Indifferent
to prisioners Rights and Safety.

Whinery was Trained on Safety and adopted
the pratice after her training enteracting
with Staff whom field trained her on
Inciting Riots by manipulating the law, using
her beauty and Turning prisioners into
pawns / Her puppets. She Claims her
Supervisors trained All Staff to do this
and offenly order Staff to do this to
prisioners upon Briefings Before, during
and after Shifts. Shes told her Acomplice
this according to him, thus Rendering Her
liable for my Injuries in Both Her Individual
And Official Capacity's Consecutively.

She Should have or Obviously Knew, By
not Activating An I.C.S. when I asked for
Help Immediately and Instead walking
away would forseeably result in my Harm
which did arise. Rendering Defendant(s) #3,4, e5 leable too.

Mitchell was then moved into my Housing
Area. He came and apologized instead of
Trying To Fight me. Mitchell is my private
Investigator and paralegal on File in This
Court and I as victum promised Him Im
Not pressing Criminal Charges on Him, In Return

page 3d of 35

In any Disciplinary Setting nor Court of prision, the people nor the law known to Man.

In Return He decided to Draft this Claim for me to seek Justice to Get Rid of This future Crooked Cop or Agent to Save someones kid or Parent or Lover or Grandparent from Her Corrupted Wrath Spawned upon her 1½ years of being a staff member Here at Lapalma Corrections Center.

This incident is on Camera saved in multiple law enforcement agencies data bases. and may been tampered with Here. I will request the Tapes upon litigation.

I _____ Here By Swear The Core Goings True and Correct and Drafted To The Best of my Knowledge and will Testify To These facts

        time date _____

        Signature _____

        Signature _____
        in print

Also Whinery, + Defendants: Core Civic, Adorr, and #5 know Im a level 2 prisoner who shouldnt be on a 3 yard period resulting in another Deliberate Indifferent act To Threaten my Safety proximately Causing the Aforementioned injuries

These Acts/Omissions will appear Calculated between The Two Defendants on Camera and Whinery is not Entitled To NO FORM OF Immunity because her acts/Omissions were committed In "Bad Faith" and were "Wrong" and "Immoral" and Unconstitutional resulting in my Harm Aforementioned.

Due To The Nature of This Claim and Mitchell and Whinery Being Accomplices I cant Risk Filing another Grievance. Also Mitchells & Myself's Been Threatened and warned By Supervision at other units and Mitchell (Here) To "STOP Suing Us" or we'll Kill your Familys" and "Your Friends Familys" So I cant file a grievance BC They may Show it To prisoners and Trick 'em into Harming me, So by Instantly filing E-File will Save everyone. Because Staff Here Thinks They're above The Law OR Are The Law

If not for Whinerys acts & Core Civics Deliberate Indifferent adopted policy upon held Training threw its Staff I wouldn't Been Harmed. = Moving Force Behind my Injurys

**E.  REQUEST FOR RELIEF**

State the relief you are seeking:

(1) ~~additional~~ Any And All Court Cost And Fees including (But not limited To):
lawyer fees, filing fees, Taxes, Expert Witness fees To Be paid
By Defendants Whereay, Core Civic, AdCRR Consecutively
upon any Ruling in my Favor (not including Mitchell)

(2) Mitchell Charges $1,000.⁰⁰ per Hour investigations + $1,000,000.⁰⁰
Flat Rate For These penal Cases due To Risk of imminent Harm
By Prison staff eRetaliation (enter Dept ronal) But Waives em and Is
Doing This For Free To protest the prisoner population

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8 - 30-24
                DATE                                SIGNATURE OF PLAINTIFF

© U.S. TRAMANE MITCHELL      © AllRights
                             Reserved
(Name and title of paralegal, legal assistant, or    W/prejudice
other person who helped prepare this complaint)

© U.S. TRAMANE MITCHELL      © All Rights
                             Reserved
(Signature of attorney, if any)    W/prejudice

5501 N. Lapalma Road Eloy Az 85131
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form.  If you need more space, you may
attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

page 4 of 4C



(3) $ 25,000,000 ___ 99/100 U.S.D.

[ TWENTY FIVE MILLION DOLLARS ]

FOR MENTAL ANGUISH

(+) plus

(4) $25,000,000. 99/100 U.S.D.

[ TWENTY FIVE MILLION DOLLARS ]

FOR MENTAL DISTRESS

plus

(5) $ 1,000,000,000. 99/100 U.S.D.

[ ONE BILLION DOLLARS DOLLARS ]

FOR MENTAL PAIN AND SUFFERRING

plus

(6) $ 1,000,000,000. 99/100 U.S.D

[ ONE BILLION DOLLARS DOLLARS ]

FOR PHYSICAL PAIN AND SUFFERRING

plus

(7) $ 100,000,000,000. 99/100 U.S.D

[ ONE HUNDRED BILLION DOLLARS ]

FOR ANY + ALL RELIEF COURT DEEM NECESSICARY

(8) $ 1,000,000,000. 99/100 U.S.D per INJURY =

[ EIGHT BILLION DOLLARS ]

PAGE 4A of 4C

Case No.: _____

This page must be completed and attached to the last page of your motion/request.

1. I have filed the original of the attached document(s) on _____, 20 _____
                                                        (Month)     (Day)

    with the Clerk of the Superior Court of Arizona in Maricopa County.

2. I have mailed/delivered a copy of the attached document(s) on _____, 20__
                                                        (Month)   (Day)

    to Judge _____.
                     (the Judge assigned to your case)

3. I have mailed/delivered a copy of the attached document(s) on _____, 20____
                                                       (Month)   (Day)

    to County Attorney _____
                                 (Address)

- By signing below, I promise that I have filed/mailed the attached document(s) as shown above.
- I understand that if I do not file/mail the attached document(s) as shown above, the judge in my case will not read my request/motion.

_____
    Your signature

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CRMQ10f-062623

(9) $1,000,000,000,000,000.99/100 USD
FOR ANY + ALL FUTURE AND UNFORSEEN
INCURRED INJURYS PLAINTIFF INCURRS
PLUS

(10) Injunctive Relief  Sum Certian Demand
$1,000,000,000,000,000,000.99/100 USD
FOR SANCTIONS AND PENALTIES
AGAINST DEFENDANTS #1, 3, 4, ~~~
CONSECUTIVELY TO BE SEIZED BY
THIS COURT.

(11)  GRAND TOTALING  SUM CERTIAN · NOT INCLUDING
                                    COURT SANCTIONS
$ 1,103,050,000,000 99/100 USD
Individual Capacity['s] per defendant/
SUM CERTIAN AFTER TAXES
[ONE TRILLION . 103 BILLION 50 MILLION DOLLARS USD]
   per defendant 1, 3, 4  ONLY
PLUS
$ 1,103,050,000,000 ~~~~ 99/100 USD
Official Capacity [s] per defendant
SUM CERTIAN AFTER TAXES
[ONE TRILLION 103 BILLION 50 MILLION DOLLARS USD]
   per defendant 1, 3, 4 only
★ NOTE PLAINTIFF RESERVES HIS RIGHT TO
AMEND/MITIGATE/AGGRAVATE/ENHANCE/
ADJUST THESE DEMANDS. IF DEFANDANTS
CANT COVER COST IN CASH MONEY PLAINTIFF
REQUEST SEIZURE OF PROPERTY (REAL, PRIVATE,
PERSONAL ET. AL. AT TET.) IN SUM CERTIAN IN REMAINING
SUM CERTIAN INCLUDING LAND & ASSETTS etc.

PAGE 48 of 4B

3. Request to the Court:  I hereby request that the warrant issued for me in the above listed matter be quashed for the following reasons, and that the Court set a hearing on this matter, as soon as possible.

(On the lines below explain your request - what you want the judge to order if they grant your request (or Motion).  If the judge agrees with your request, they may sign the attached Order or issue a "minute entry" noting their decision.)

I request the warrant be quashed for the following reasons:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Today's Date:_____Your Signature:_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CRMQ10f-062623

(12) Injunctive Relief → I need a Restraining Order on Lillian Whinery for 1,000 yards

(13) Injunctive Relief → I need CoreCivic HQ, in Tennesse To be notified To Director TODD DONN about this Unlawfulness To Be placed on Her Permenant Record Incase Some one Dies Beccause Its Forseeable To Arise

(14) Injunctive Relief Any + All Relief Court Deems Necessicary Against Defendants Whinery, CoreCivic + Adore Only

* Due To Mitchells Co Operation and His Honesty and Him Being my paralegal & Former Clerk & Investigator Im Requesting

(15) __1¢ [One United States Penny]__ in this Law Suit    individual Capacity only For Mitchell

4c - of 4c